**DISMISS and Opinion Filed March 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-00416-CV

**MARK MCCAY, DECO-DENCE L.L.C.,
AND EDWIN C. OLSEN IV, Appellants
V.
THE DALLAS MORNING NEWS, INC., LEE HANCOCK,
FRANCES ANN GIRON, DENTON PUBLISHING CO.,
MARK D. CORNEWETT, AND COWLES & THOMPSON, P.C., Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 07-08599-E**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

In an order dated January 23, 2014, the Court reinstated this appeal having received notice that the bankruptcy proceeding involving one of the appellants had been closed. We ordered the Dallas County District Clerk to file, by February 24, 2014, either the clerk's record or written verification that appellants had not requested its preparation or made payment arrangements. We cautioned appellants that if the Court received written verification of no request or no payment, we would dismiss the appeal without further notice.

On February 24, 2014, the Court received written verification from the Dallas County District Clerk that appellants had not requested the clerk's record. Accordingly, we dismiss the

appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

090416F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK MCCAY, DECO-DENCE L.L.C.,
AND EDWIN C. OLSEN IV, Appellants

No. 05-09-00416-CV     V.

THE DALLAS MORNING NEWS, INC.,
LEE HANCOCK, FRANCES ANN GIRON,
DENTON PUBLISHING CO.,
MARK D. CORNEWETT, AND
COWLES & THOMPSON, P.C., Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 07-08599-E.
Opinion delivered by Justice Francis.
Justices Moseley and Lang, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, THE DALLAS MORNING NEWS, INC., LEE HANCOCK, FRANCES ANN GIRON, DENTON PUBLISHING CO., MARK D. CORNEWETT, AND COWLES & THOMPSON, P.C., recover their costs of this appeal from appellants, MARK MCCAY, DECO-DENCE L.L.C., AND EDWIN C. OLSEN IV.

Judgment entered March 12, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–